Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

Southern District of California

_____Southern_____ Division

| | |
|---|---|
| Crystal S Booth | )  Case No. ___8:21-cv-01196-FMO-DFM___ |
| _____ | ) |
| _____ | )  *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint.* | )  Jury Trial: *(check one)* ☑Yes ☐No |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) |
| *please write "see attached" in the space and attach an additional* | ) |
| *page with the full list of names.)* | ) |
| **-v-** | ) |
| Brea Police Department | ) |
| Saergent C. Winger | ) |
| Roberto Mejias | ) |
| John Doe ⊞ | ) |
| _____ | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued.  If the* | ) |
| *names of all the defendants cannot fit in the space above, please* | |
| *write "see attached" in the space and attach an additional page* | |
| *with the full list of names.  Do not include addresses here.)* | |

**FILED**
CLERK, U.S. DISTRICT COURT

**7/12/2021**

CENTRAL DISTRICT OF CALIFORNIA
BY: ___DTA___ DEPUTY

FEE PAID

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | | | |
|---|---|---|---|
| Name | Crystal Sue Booth | | |
| Address | 1324 Bonita Paseo | | |
| | Jefferson City | MO | 65109 |
| | *City* | *State* | *Zip Code* |
| County | Cole County | | |
| Telephone Number | 949-310-2260 | | |
| E-Mail Address | crystalbooth20@gmail.com | | |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | | | |
|---|---|---|---|
| Name | Christopner Winger | | |
| Job or Title *(if known)* | Sargeant | | |
| Address | 1 Civic Center Circle | | |
| | Brea | CA | 92821 |
| | *City* | *State* | *Zip Code* |
| County | Orange County | | |
| Telephone Number | 714-330-7625 | | |
| E-Mail Address *(if known)* | www.breapolice.net | | |

☐ Individual capacity   ☑ Official capacity

Defendant No. 2

| | | | |
|---|---|---|---|
| Name | Roberto Mejia | | |
| Job or Title *(if known)* | Jailer | | |
| Address | 1 Civic Center Drive | | |
| | Brea | CA | 92821 |
| | *City* | *State* | *Zip Code* |
| County | Orange County | | |
| Telephone Number | 714-330-7625 | | |
| E-Mail Address *(if known)* | www.breapolice.net | | |

☐ Individual capacity   ☐ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

| | |
|---|---|
| Name | John Doe |
| Job or Title *(if known)* | Brea Police Department Etal |
| Address | 1 Civic Center |
| | Brea |

| City | State | Zip Code |
|---|---|---|
| Brea | CA | 92821 |

| | |
|---|---|
| County | Orange County, Ca |
| Telephone Number | 714-330-7625 |
| E-Mail Address *(if known)* | www.breapolicwe.net |

☐ Individual capacity    ☐ Official capacity

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Address | |

| City | State | Zip Code |
|---|---|---|

| | |
|---|---|
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
4th Amendment Exxesive Force Civil Rights

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

False Arrest  Impris

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

## III.  Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?
534 Cashew Brea, CA 92821 in the County of Orange  My Family home for 50 years on the driveway. Police Officer used exxesive force comprised of a takedown procedure after I was handcuffed and for no apparent reason. Resulting in Painful upper left arm brioken bone. Taken by ambulance to St. Jude  hospital surgery to insert titanium rod preformed on 7/15/2019.

B.  What date and approximate time did the events giving rise to your claim(s) occur?
I called the police to settle disjute over departure times that had changed according to my records regarding sale of this home.The realtor was out of place asking for keys at that time. The officer who arrived in an extemelv violent mood. He hancuffed me and took me out front to police car on lthe driveway he threw me down. The day was July 12, 2019 at around 6:00 P.M.  I have suffered from injuries since that date and time.

C.  What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*
The Police department opened an exxesive force case on the officer.  My Family and Neighbors as well as several officers and firefighter ambuance at the scene.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

**IV.    Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.
Surgery and a two week hospital stay followed injury. I was frightened of police officers when i saw them in uniform, so fear resulting in painful memories was put in me.

Surgery of Broken arm Left inserted titanium rod.

**V.    Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.
Broken Arm 75,000 dollars
to medical related expenses.
A One Million Dollar medical bill was acquired because of this injury.

Pain and Suffering 15,000 dollars
Post traumatic stress ongoing

Loss of income and moving expense 10,000 dollars
Cost of delay me to move out of state resulting in loss

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.        For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          07/12/2021

Signature of Plaintiff

Printed Name of Plaintiff      Crystal Sue Booth

### B.        For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney      TBD

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number      (949) 310-2260

E-mail Address           crystalbooth20@gmail.com