# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. SA CV 21-01196-FMO (DFM) | Date: October 19, 2021 |
| Title Crystal S. Booth v. Brea Police Department et al. | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Court Reporter |
| Deputy Clerk | Not Present |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order to Show Cause

    On July 12, 2021, Plaintiff filed a civil rights complaint against the Brea Police Department, Sergeant C. Winger, Roberto Mejia, and John Doe. See Dkt. 1. After more than three months, there is no record that Plaintiff has properly served any defendant. "If a defendant is not served within 90 days after the complaint is filed, the court—on its own motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). The Court "must extend" the time for service if the plaintiff shows good cause for the failure. Id.

    Plaintiff is thus ordered to show cause, in writing, no later than November 1, 2021 why this action should not be dismissed for lack of prosecution. The Court will consider the filing of the proof of service of summons and complaint as to all defendants as an appropriate response to this order. Failure to respond to this order will result in a recommendation of dismissal of this action.