# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| CRYSTAL S. BOOTH,<br><br>Plaintiff,<br><br>v.<br><br>BREA POLICE DEPARTMENT et al.,<br><br>Defendants. | No. SA CV 21-01196-FMO (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge. No objections to the Report and Recommendation were filed by the deadline. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing this action without prejudice for failure to comply with Rule 4(m) and for failure to prosecute.

Date: December 22, 2021

/s/
_____
FERNANDO M. OLGUIN
United States District Judge