JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| CRYSTAL S. BOOTH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BREA POLICE DEPARTMENT et al.,<br><br>　　　　Defendants. | No. SA CV 21-01196-FMO (DFM)<br><br>JUDGMENT |

　　Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

　　IT IS ADJUDGED that this action is dismissed without prejudice for failure to comply with Rule 4(m) and for failure to prosecute.

Date: December 22, 2021

　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　FERNANDO M. OLGUIN
　　　United States District Judge